No. 72–5023.  RAWLS *v.* SECRETARY OF THE INTERIOR ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 72–5025.  MILLER *v.* UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 72–5027.  ZAMORA-YESCAS *v.* UNITED STATES. C. A. 9th Cir.  Certiorari denied.

No. 72–5028.  SCHOEFIELD *v.* UNITED STATES.  C. A. D. C. Cir.  Certiorari denied.

No. 72–5029.  WEAVER *v.* UNITED STATES.  C. A. 6th Cir.  Certiorari denied.

No. 72–5032.  ATKINSON *v.* NORTH CAROLINA; and
No. 72–5087.  ATKINSON *v.* NORTH CAROLINA.  Sup. Ct. N. C.  Certiorari denied.  Reported below: 281 N. C. 51 and 52, 187 S. E. 2d 702 and 703.

No. 72–5036.  CHAPA *v.* 1020 N. QUINCEY STREET, LTD., ET AL.  C. A. 4th Cir.  Certiorari denied.

No. 72–5037.  WILSON *v.* LASH, WARDEN.  C. A. 7th Cir.  Certiorari denied.

No. 72–5040.  SCHAFER *v.* UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 72–5041.  HILLIARD *v.* CALIFORNIA.  C. A. 9th Cir.  Certiorari denied.

No. 72–5042.  DeFARLO ET AL. *v.* CALIFORNIA.  Ct. App. Cal., 2d App. Dist.  Certiorari denied.

No. 72–5043.  WARRINER *v.* WISEHEART ET AL.  C. A. 5th Cir.  Certiorari denied.

No. 72–5046.  FORD *v.* UNITED STATES.  C. A. 9th Cir.  Certiorari denied.